upon payment of taxable costs to date.   No opinion.   Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

DOROTHY HELPRIN, Respondent, v. BENJAMIN E. HELPRIN, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

MAE HOUSE, as Administratrix, etc., of DANIEL V. HOUSE, Deceased, Respondent, v. SHEFFIELD FARMS Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

In the Matter of the Petition of THOMAS HELLAWELL and WILLIAM H. HELLAWELL, to Render and Settle Their Account as Administrators of MARIA T. HELLAWELL, etc., Deceased.— Decree of the Surrogate's Court of Kings county affirmed, with one bill of costs to the petitioners to be paid out of the estate.   No opinion.   Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

GIUSEPPE JANNO, Respondent, v. BRADY & GIOE, INC., Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

DIEDRICK KOSTER, Respondent, v. W. C. REEVES & Co., INC., and HENRY E. SCHABEHORN, Appellants.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.

FRANK LIBERMAN, an Infant, by ETTA LIBERMAN, His Guardian ad Litem, Respondent, v. ROMEO MARCH, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

SAUL LIBERMAN, Respondent, v. ROMEO MARCH, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

JOSEPH A. MARINARO, Appellant, v. FILOMENO PECORARO, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements, on the authority of Marinaro v. Pecoraro, No. 2 (post, p. 622), decided herewith.   Kelly, P. J., Rich, Jaycox and Young, JJ., concur.

JOSEPH A. MARINARO, Appellant, v. FILOMENO PECORARO, Respondent. CLEMENS CAPONE, Respondent, v. JOSEPH A. MARINARO, Appellant.   (Appeal No. 2.) — These two actions are both so connected and related to the same subject-matter, to wit, the contract for the purchase and sale of real property, that they may be consolidated without prejudice to any substantial right.   The object of section 96 of the Civil Practice Act is to liberalize the practice as much as possible and to remove technical restrictions upon the administration of justice.   (Brody v. Madison Lunch, Inc., 199 App. Div. 640; Epstein v. Gluckin, 233 N. Y. 490.)   We think these cases fall within the purview of that section.   Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   Kelly, P. J., Rich, Jaycox and Young, JJ., concur.

PETER J. MARTORANA, Appellant, v. FREDERICK Y. ROBERTSON, Respondent. — Judgment of the County Court of Queens county reversed upon the law, and a new trial granted, with costs to abide the event, upon the authority of Meyers v. American Locomotive Co. (201 N. Y. 163).   Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

IRVY MYERS, Respondent, v. NESTLE'S FOOD COMPANY, INC., Appellant.—